UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHEAST REAL ESTATE INVESTMENT CORPORATION   PLAINTIFFS/COUNTER-
AND RETAIL MANAGEMENT GROUP, INC.                                            DEFENDANTS

V.                                                                        CIVIL ACTION NO. 1:07cv1197-LTS-RHW

NATIONWIDE MUTUAL INSURANCE COMPANY          DEFENDANTS/COUNTER-
AND JOHN DOES 1-10                                                                       CLAIMANT

## ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

Defendant's [50] Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**;

Defendant's [58] Motion to Strike Exhibits to Plaintiffs' Response to Motion for Summary Judgment and to Preclude any Undisclosed Experts is **DENIED**, **WITHOUT PREJUDICE** to the ability to object to the qualifications of any expert witness or the admissibility of any expert testimony after the conclusion of a discovery plan established by the United States Magistrate Judge;

Defendant's [60] Motion to Strike Exhibit H Attached to Plaintiffs' Response to Defendant's Motion for Summary Judgment is **MOOT**;

Defendant's [62] Motion to Strike Affidavit of Christopher B. White and Exhibits Attached Thereto is **MOOT**.

**SO ORDERED** this the 17th day of November, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE